UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH A. BOOTH, | No. 2:25-cv-01266-DJC-SCR |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| U.S. DEPARTMENT OF VETERAN AFFAIRS, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this action, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On May 2, 2025, Plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On October 24, 2025, this Court granted the motion to proceed IFP and screened the complaint as required by 28 U.S.C. § 1915(e)(2). ECF No. 4. The Court's order provided in relevant part that Plaintiff shall have 30 days to file an amended complaint that addresses the defects set forth in the order. ECF No. 4 at 6. The Order warned that failure to comply may result in a recommendation that the action be dismissed. *Id.* More than 30 days have passed, and Plaintiff has not filed an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED:

1. **Plaintiff shall show cause, in writing, within 14 days**, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed based on the pleading defects set forth in the prior order (ECF No. 4).

1

2. Plaintiff may respond by filing an amended complaint that complies with the Court's prior order.

3. If Plaintiff fails to respond, the court will recommend dismissal of this case. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

4. Alternatively, if Plaintiff no longer wishes to pursue this action, Plaintiff may file a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

DATED: December 11, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE